UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 21 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| MICHAEL BAILEY, | § | CIVIL ACTION NO. |
| | § | 5:15-cv-00912 (XR) |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| SANTANDER CONSUMER USA, INC., | § | |
| d/b/a SANTANDER AUTO FINANCE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

WHEREAS, the Plaintiff hereto moved the Court to dismiss with prejudice against the refiling of the same; and

NOW, THEREFORE, it is adjudged, ordered and decreed this cause, is hereby dismissed with prejudice, with all costs to be borne by the party incurring the same.

Signed and Entered this  21st  day of  December , 2016.

_____
United States District Judge